IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ORLANDO VALOY,

                Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,

                Defendant.

OPINION and ORDER

25-cv-475-jdp

---

    Plaintiff Orlando Valoy, proceeding without counsel, is an inmate at the Federal Correctional Institution in Oxford, Wisconsin. Valoy alleges that when he was incarcerated at another prison, he was injured when a food cart ran over his foot.

    I dismissed Valoy's complaint because his allegations didn't properly state a claim under either *Bivens v. Six Unknown Named Agents*, 403 U.S. 388 (1971), or the Federal Tort Claims Act. Dkt. 7. I gave Valoy a chance to submit an amended complaint, but he has not done so. Accordingly, this case will be dismissed. *Paul v. Marberry*, 658 F.3d 702, 704–05 (7th Cir. 2011) (court should dismiss case for failure to state a claim upon which relief may be granted after plaintiff fails to correct a pleading that does not adequately state a claim). I will also direct the clerk to record a "strike" against Valoy under 28 U.S.C. § 1915(g). *Id.* at 705.

ORDER

IT IS ORDERED that:

1. This case is DISMISSED for plaintiff's failure to state a claim upon which relief may be granted.

2. The clerk of court is directed to record a strike under 28 U.S.C. § 1915(g).

3. The clerk of court is directed to enter judgment accordingly and close this case.

Entered January 23, 2026.

                              BY THE COURT:

                              /s/

                              _____

                              JAMES D. PETERSON
                              District Judge